1 | **WO**

2

3

4

5

6 | **IN THE UNITED STATES DISTRICT COURT**

7 | **FOR THE DISTRICT OF ARIZONA**

8

9 | Eric Blomquist,           )   No. CV-11-1511-PHX-SMM

10 |      Plaintiff,    )

11 | vs.             )   **ORDER**

12 | Central Garden and Pet Company., a )
Delaware Corporation,   )

13 |     Defendant.   )

14

15

16 |      Pending before the Court is the parties' Joint Stipulation for Dismissal With Prejudice. (Doc. 43.)

17 |      Accordingly,

18 |      **IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims

19 | with all parties to bear their respective costs and attorney's fees.

20 |      **IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, April**

21 | **30, 2012 at 2:30 p.m.**

22 |      DATED this 11th day of April, 2012.

23

24

25 |                    Stephen M. McNamee

26 |                 Senior United States District Judge

27

28