1  **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                       **FOR THE DISTRICT OF ARIZONA**

8

9   Eric Blomquist,                    )   No. CV-11-1511-PHX-SMM
                                        )
10              Plaintiff,              )
                                        )
11  vs.                                 )   **ORDER**
                                        )
12  Central Garden and Pet Company., a  )
    Delaware Corporation,               )
13              Defendant.              )
                                        )
14  _____ )

15       Pending before the Court is the parties' Joint Stipulation for Dismissal With Prejudice.

16  (Doc. 43.)

17       Accordingly,

18       **IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims

19  with all parties to bear their respective costs and attorney's fees.

20       **IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, April**

21  **30, 2012 at 2:30 p.m.**

22       DATED this 11th day of April, 2012.

23

24

25                              Stephen M. McNamee

26                         Senior United States District Judge

27

28